### 5373.    MCAULIFFE v. BAUM.

RUSSELL, C. J.   Since a justice's court is without jurisdiction to foreclose the lien of a mechanic or materialman upon real estate, the judge of the superior court did not err in sustaining the certiorari and in rendering final judgment dismissing the plaintiff's case. *McAuliffe* v. *Baum,* 142 *Ga.* 590 (83 S. E. 239).

                    *Judgment affirmed. Broyles, J., not presiding.*
                    DECIDED NOVEMBER 17, 1914.

Certiorari; from Richmond superior court—Judge H. C. Hammond. October 29, 1913.

*Isaac S. Peebles Jr.,* for plaintiff.

*Archibald Blackshear,* for defendant.